

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00311-CR

FRED EARL INGERSON, III                                    APPELLANT

V.

THE STATE OF TEXAS                                              STATE

------------

### FROM THE 355TH DISTRICT COURT OF HOOD COUNTY
### TRIAL COURT NO. CR11514

------------

## OPINION AND ORDER

------------

Justice Sue Walker's motion for the court to hear this appeal en banc was considered by the entire court. *See* Tex. R. App. P. 41.2(c), 47.5. A majority of the court voted not to hear the appeal en banc. Therefore, the motion is denied.

DATED October 27, 2016.

PER CURIAM

PUBLISH

EN BANC

WALKER, J., dissents to the denial of en banc hearing; LIVINGSTON, C.J., and GABRIEL, J., join.